**Opinion issued November 7, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00514-CV

———————————

**GENESIS MILES, Appellant**

**V.**

**DIVINE JACK, Appellee**

---

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-30586**

---

## MEMORANDUM OPINION

Appellant, Genesis Miles, has neither paid the required fees nor established

indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see*

*also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees

Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before

the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On August 2, 2024, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by September 3, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On August 16, 2024, appellant was notified that this appeal was subject to dismissal if appellant did not submit written evidence that she had paid or made arrangements to pay the fee for the preparation of the clerk's record by September 16, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.